**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-37111-ERW |
| | § | |
| JOSE L. ORTEGA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $147,338.00 | Assets Exempt: | $19,200.00 |
| Total Distributions to Claimants: | $2,581.20 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $870.92 | | |

3)        Total gross receipts of $5,478.23  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,026.11 (see **Exhibit 2),** yielded net receipts of $3,452.12 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $174,587.04 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $870.92 | $870.92 | $870.92 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $20,115.69 | $2,785.77 | $2,785.77 | $2,581.20 |
| **Total Disbursements** | $194,702.73 | $3,656.69 | $3,656.69 | $3,452.12 |

4).  This case was originally filed under chapter 7 on 08/19/2010.  The case was pending for 18 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2012                              By:   /s/ David P. Leibowitz
                                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 Tax Intercept | 1224-000 | $5,478.00 |
| Interest Earned | 1270-000 | $0.23 |
| **TOTAL GROSS RECEIPTS** | | $5,478.23 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Jose L. Ortega | Exemptions | 8100-002 | $2,026.11 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,026.11 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortgage | 4110-000 | $174,587.04 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $174,587.04 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $863.03 | $863.03 | $863.03 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $1.96 | $1.96 | $1.96 |
| Green Bank | 2600-000 | NA | $5.93 | $5.93 | $5.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $870.92 | $870.92 | $870.92 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Credit First National Association | 7100-000 | NA | $604.98 | $604.98 | $560.55 |
| 2 | GE Money Bank/ Sam's Club | 7100-900 | NA | $2,180.79 | $2,180.79 | $2,020.65 |
| | CFC Co. | 7100-000 | $3,721.81 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $4,917.27 | NA | NA | $0.00 |
| | Firestone Complete Auto Care | 7100-000 | $495.18 | NA | NA | $0.00 |
| | HFC | 7100-000 | $2,479.57 | NA | NA | $0.00 |
| | Sam's Club | 7100-000 | $1,942.60 | NA | NA | $0.00 |
| | Target National Bank | 7100-000 | $6,559.26 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $20,115.69 | $2,785.77 | $2,785.77 | $2,581.20 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-37111-ERW | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | ORTEGA, JOSE L. | | | Date Filed (f) or Converted (c): | 08/19/2010 (f) |
| For the Period Ending: | 2/10/2012 | | | §341(a) Meeting Date: | 10/20/2010 |
| | | | | Claims Bar Date: | 01/21/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 6345 S. Keating, Chicago IL 60629 | $143,138.00 | $0.00 | DA | $0.00 | FA |
| 2 | Checking account with Bank of America | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | Checking account with Citi Bank | $0.00 | $0.00 | DA | $0.00 | FA |
| 4 | Living room and bedroom furniture, dining room, kitchen appliances, washer and dryer | $2,400.00 | $0.00 | DA | $0.00 | FA |
| 5 | Men's clothing | $800.00 | $0.00 | DA | $0.00 | FA |
| 6 | 2010 Tax Intercept                          (u) | Unknown | $5,478.00 | DA | $5,478.00 | FA |
| INT | Interest Earned                               (u) | Unknown | Unknown | DA | $0.23 | Unknown |

| TOTALS (Excluding unknown value) | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $147,338.00 | $5,478.00 | | $5,478.23 | $0.00 |

**Major Activities affecting case closing:**

Tax Intercept

TFR sent to Tom for review and approval.

TDR to be completed.

TDR completed.

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 05/01/2012 | /s/ DAVID LEIBOWITZ |
| Current Projected Date Of Final Report (TFR): | 05/01/2012 | DAVID LEIBOWITZ |

Exhibit 9

| Case No. | 10-37111-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ORTEGA, JOSE L. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2805 | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/19/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $3,452.12 | | $3,452.12 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.08 | $3,451.04 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.85 | $3,446.19 |
| 11/29/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $1.96 | $3,444.23 |
| 11/29/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $863.03 | $2,581.20 |
| 11/29/2011 | 5003 | Credit First National Association | Claim #: 1; Amount Claimed: 604.98; Amount Allowed: 604.98;  Distribution Dividend: 92.66; | 7100-000 | | $560.55 | $2,020.65 |
| 11/29/2011 | 5004 | GE Money Bank/ Sam's Club | Claim #: 2; Amount Claimed: 2,180.79; Amount Allowed: 2,180.79;  Distribution Dividend: 92.66; | 7100-900 | | $2,020.65 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $3,452.12 | $3,452.12 | $0.00 |
| **Less: Bank transfers/CDs** | $3,452.12 | $0.00 | |
| **Subtotal** | $0.00 | $3,452.12 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $3,452.12 | |

**For the period of 8/19/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,452.12 |
| | |
| Total Compensable Disbursements: | $3,452.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $3,452.12 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,452.12 |
| | |
| Total Compensable Disbursements: | $3,452.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $3,452.12 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No.** | 10-37111-ERW | | | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | ORTEGA, JOSE L. | | | | **Bank Name:** | Sterling Bank | |
| **Primary Taxpayer ID #:** | ******2805 | | | | **Money Market Acct #:** | ******7111 | |
| **Co-Debtor Taxpayer ID #:** | | | | | **Account Title:** | | |
| **For Period Beginning:** | 8/19/2010 | | | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 2/10/2012 | | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/16/2011 | (6) | United States Treasury | | 1224-000 | $5,478.00 | | $5,478.00 |
| 05/23/2011 | 1001 | Jose L. Ortega | Entitled portion of tax refund. | 8100-002 | | $2,026.11 | $3,451.89 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.10 | | $3,451.99 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.13 | | $3,452.12 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $3,452.12 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $5,478.23 | $5,478.23 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $3,452.12 | |
| **Subtotal** | $5,478.23 | $2,026.11 | |
| **Less: Payments to debtors** | $0.00 | $2,026.11 | |
| **Net** | $5,478.23 | $0.00 | |

**For the period of 8/19/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,478.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,478.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,026.11 |
| Total Comp/Non Comp Disbursements: | $2,026.11 |
| Total Internal/Transfer Disbursements: | $3,452.12 |

**For the entire history of the account between 05/16/2011 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,478.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,478.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,026.11 |
| Total Comp/Non Comp Disbursements: | $2,026.11 |
| Total Internal/Transfer Disbursements: | $3,452.12 |

**FORM 2**

Case 10-37111   Doc 26   Filed 04/11/12   Entered 04/11/12 17:03:27   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document      Page 8 of 8

Exhibit 9

| | | | |
|---|---|---|---|
| **Case No.** | 10-37111-ERW | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ORTEGA, JOSE L. | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******2805 | **Money Market Acct #:** | ******7111 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 8/19/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $5,478.23 | $5,478.23 | $0.00 |

**For the period of 8/19/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,478.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,478.23 |
| Total Internal/Transfer Receipts: | $3,452.12 |
| | |
| Total Compensable Disbursements: | $3,452.12 |
| Total Non-Compensable Disbursements: | $2,026.11 |
| Total Comp/Non Comp Disbursements: | $5,478.23 |
| Total Internal/Transfer Disbursements: | $3,452.12 |

**For the entire history of the case between 08/19/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,478.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,478.23 |
| Total Internal/Transfer Receipts: | $3,452.12 |
| | |
| Total Compensable Disbursements: | $3,452.12 |
| Total Non-Compensable Disbursements: | $2,026.11 |
| Total Comp/Non Comp Disbursements: | $5,478.23 |
| Total Internal/Transfer Disbursements: | $3,452.12 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ